O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4001 AHM (JCx) | Date | March 30, 2009 |
|---|---|---|---|
| Title | AVELARDE v. HOU, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

   Now that the Court has granted Defendant Rattana Hou leave to represent herself *pro se*, the Court advises her that she is required to comply with the Federal Rules of Procedure, Federal Rules of Evidence, and the Local Rules of this Court. She must also comply with this Court's specific orders in this case, including the scheduling order filed on September 15, 2008.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |