O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4001 AHM (JCx) | Date | May 20, 2009 |
|---|---|---|---|
| Title | AVELARDE v. HOU, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   This case is currently set for a trial on June 16, 2009 and there is a pre-trial conference scheduled for June 1, 2009. No dispositive motions have been filed by any party since the Complaint was filed on June 18, 2008. On May 18, 2009, Plaintiff's attorney, Anthony Jenkins, filed a Status Report Re Settlement stating that "Defendants made a settlement offer which expired May 15, 2009. Plaintiff's counsel lost contact with Plaintiff approximately four weeks ago."

   The Court likely will dismiss this case for non-prosecution if it appears that Plaintiff is unwilling or unprepared to comply with the pre-trial and trial requirements that are looming. The Court therefore ORDERS Mr. Jenkins to file, by not later than May 26, 2009, a declaration setting forth all of the efforts he has made to contact Plaintiff. The declaration must also explain whether Mr. Jenkins intends to proceed on behalf of Plaintiff in the absence of any client contact, and, if so, how.

   Defendants are ORDERED to notify the Court by not later than May 26, 2009 whether they are willing to re-open their settlement offer if Plaintiff resurfaces.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |