O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-4001 AHM (JCx) | | Date | June 15, 2009 |
|---|---|---|---|---|
| Title | AVELARDE v. HOU, et al. | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

   After Plaintiff's counsel informed the Court that he lost contact with his client in mid-April 2009, I ordered Plaintiff to appear (in person or telephonically) at the pre-trial conference set for June 1, 2009.  Plaintiff failed to appear and at the pre-trial conference I dismissed this action for failure to prosecute.  The dismissal was stayed, however, until June 12, 2009 in order to provide additional time for counsel to locate his client.  I ordered Plaintiff's counsel to file a status report by not later than 4:00 p.m. on June 12, 2009, advising the Court whether or not his client wishes to reopen this action.  On June 15, 2009, Plaintiff's counsel reported in writing that his client had failed to re-establish contact, and the June 1, 2009 dismissal without prejudice is thus effective.  The Court ORDERS the Clerk to close this case.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |